UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>HOLIDAY OLJII ANNA PEDOTTI II,<br><br>                    Plaintiff. | 22-CV-6199 (LTS)<br>22-CV-6220 (LTS)<br>22-CV-6222 (LTS)<br>22-CV-6288 (LTS)<br>22-CV-6296 (LTS)<br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On July 21, 2022, Plaintiff filed three actions in this court, using the court's procedures for email filing by *pro se* litigants. *See Pedotti v. Mount Sinai*, ECF 1:22-CV-6199, 1 (S.D.N.Y.); *Pedotti v. Putin*, ECF 1:22-CV-6220, 1 (S.D.N.Y.); *Pedotti v. Adler*, ECF 1:22-CV-6222, 1 (S.D.N.Y.).

Three days later, on July 24, 2022, Plaintiff filed two additional actions, using the Court's procedures for email filing by *pro se* litigants. *See Pedotti v. Adler*, ECF 1:22-CV-6288, 1 (S.D.N.Y.); *Pedotti v. Grand Lodge of the State of New York*, ECF 1:22-CV-6296, 1 (S.D.N.Y.).

Since filing these actions, Plaintiff has proceeded to send, to the court's filing inbox, ten to twenty emails per day to submit what Plaintiff refers to as exhibits. These emails contain photographs of Plaintiff, some of which are explicit in nature and seemingly unrelated to the actions filed.

The court advises Plaintiff that it cannot accept exhibits that are not attached to a letter or motion requesting relief from the court. Plaintiff is also advised that emails that do not comply with court procedures will not appear on the docket. Plaintiff is therefore directed to stop sending emails to the court's filing inbox that attempt to submit exhibits without an accompanying letter or motion.

The Clerk of Court is directed to disregard Plaintiff's emails that do not comply with court procedures. If Plaintiff chooses to ignore the court's warnings, the court will consider issuing an order prohibiting Plaintiff from sending any emails to the court.

SO ORDERED.

Dated: August 16, 2022
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge