UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOLIDAY OLJII ANNA PEDOTTI II,<br><br>                      Plaintiff,<br><br>-against-<br><br>MOUNT SINAI; CEPHELD GENEXPERT; ROCHE COBAS LIAT; VETERAN'S AFFAIRS MILITARY HOSPITAL; THE U.S. DEPARTMENT OF DEFENSE; F.D.A. FOOD & DRUG ADMINISTRATION; SOCIAL SECURITY ADMINISTRATION; ERIC A. JOHNSON; JOSE T. BAER; TESS A. SOCCI,<br><br>                      Defendants. | 22-CV-6199 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the September 26, 2022, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 26, 2022
            New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge